# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 04/02/19 Time: 10:30 a.m

Defendant: Jerome Watson (J) J#: Case #: 19-6135-Hunt

AUSA: Donald Chase (Tom Lanigan Duty) Attorney: Huda Macri, FPD

Violation: Bank Fraud (Removal From Eastern District of Michigan)

Proceeding: PTD / Removal Hearing CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: PTD

Bond Set at: Co-signed by:

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- [x] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/education
- [x] No contact with victims/witnesses
- [x] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [x] Home Confinement/Electronic Monitoring and/or *H.P.S.* Curfew *10:00* pm to *6:00* am, paid by
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SDFL
- [x] Other: Appear to all hearings and commit no new crimes

Language: English

Disposition:

All parties present. Govt proceed by proffer. Agent Brian Martin (FBI) sworn. Cross - no redirect.

Argument by both parties.

The Court denied the govt's motion. Bond is set at $300,000-PSB Cosigned by Father-in-Law and Mother.

Bond is hereby stayed for 24 hours.

*SC: NO PII*

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:39:16 Time in Court: 1 hours