BNDPMH

# U.S. District Court
# Southern District of Florida (Ft Lauderdale)
# CRIMINAL DOCKET FOR CASE #: 0:19−mj−06135−PMH−1
## *Internal Use Only*

Case title: USA v. Watson

Date Filed: 03/26/2019
Date Terminated: 04/10/2019

---

Assigned to: Magistrate Judge Patrick M. Hunt

**Defendant (1)**

**Jerome Watson**
19800−104
*YOB 1981 ENGLISH*
*TERMINATED: 04/10/2019*

represented by **Noticing FPD−FTL**
(954) 356−7436
Email: ftl_ecf@fd.org
*TERMINATED: 03/27/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

**Huda Ajlani Macri**
Federal Public Defender's Office
One East Broward Boulevard, Suite 1100
Fort Lauderdale, FL 33301
954−356−7436
Email: Huda_Ajlani−Macri@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:1344A.F, 18:1349.F,<br>18:1028A.F Bank Fraud, ID fraud | |

**Plaintiff**

**USA** represented by **Donald F. Chase , II**
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394
954−660−5693
Fax: 356−7336
Email: donald.chase@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/26/2019 | 1 | 4 | Magistrate Removal of Complaint from ED/Michigan Case number in the other District 2:18−mj−30364 as to Jerome Watson (1). (dd) (Entered: 03/26/2019) |
| 03/26/2019 | 2 | 10 | WARRANT from ED/Michigan as to Jerome Watson (dd) (Entered: 03/26/2019) |
| 03/26/2019 | 3 | 11 | ORDER UNSEALING COMPLAINT from ED/Michigan as to Jerome Watson. Signed by Magistrate Judge Patrick M. Hunt on 3/26/2019. *See attached document for full details.* (dd) (Entered: 03/26/2019) |
| 03/26/2019 | 4 | 12 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Initial Appearance in Rule 5(c)(3) Date of arrest: 3/26/19. Detention Hearing set for 4/2/2019 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Removal Hearing set for 4/2/2019 10:30 AM in Fort Lauderdale Division before FTL Duty Magistrate. Attorney added: Noticing FPD−FTL for Jerome Watson (Digital 11:16:01) Signed by Magistrate Judge Patrick M. Hunt on 3/26/2019. (dd) (Entered: 03/26/2019) |
| 03/27/2019 | 5 | 13 | Notice of Assignment of Assistant Federal Public Defender as to Jerome Watson. Attorney Huda Ajlani Macri added. Attorney Noticing FPD−FTL terminated. (Ajlani Macri, Huda) (Entered: 03/27/2019) |
| 03/27/2019 | 6 | 15 | Invocation of Right to Silence and Counsel by Jerome Watson (Ajlani Macri, Huda) (Entered: 03/27/2019) |
| 03/27/2019 | | | Attorney update in case as to Jerome Watson. Attorney Huda Ajlani Macri for Jerome Watson added (lh)see DE# 5 Notice of Assignment (Entered: 03/28/2019) |
| 03/28/2019 | 7 | | Clerks Notice to Filer re 5 Notice of Assignment of Assistant Federal Public Defender. **Attorney Did Not Associate Themselves**; ERROR − Filing attorney neglected to associate themselves to the case. The Clerk has added the attorney |

| | | | |
|---|---|---|---|
| | | | to the case. It is not necessary to refile this document future filings must comply with the CM/ECF Administrative Procedures and Local Rules by filing a Notice of Attorney Appearance and linking themselves to the case. (lh) (Entered: 03/28/2019) |
| 04/02/2019 | 8 | 17 | Minute Order for proceedings held before Magistrate Judge Patrick M. Hunt: Detention Hearing as to Jerome Watson held on 4/2/2019. Witness Brian Martin testified. Bond recommendation/set: Jerome Watson (1) $300,000 PSB., Removal Hearing as to Jerome Watson held on 4/2/2019. Government proceed by proffer. Argument by both parties. Court denied govt's motion. Bond is hereby stayed for twenty four hours. (Digital 10:39:16) (Signed by Magistrate Judge Patrick M. Hunt on 4/2/2019). (at) (Entered: 04/02/2019) |
| 04/02/2019 | 9 | 18 | WAIVER OF REMOVAL HEARING by Jerome Watson (at) (Entered: 04/02/2019) |
| 04/10/2019 | 10 | 19 | COMMITMENT TO ANOTHER DISTRICT as to Jerome Watson. Defendant committed to District of Eastern District of Michigan.. Closing Case for Defendant. (Signed by Magistrate Judge Patrick M. Hunt on 4/10/2019). *(See attached document for full details).* (at) (Entered: 04/10/2019) |

Case 0:19-mj-06135-PMH Document 1 Filed 03/26/19 Page 1 of 6

AUSA: Patrick Corbett Telephone: (313) 226-9703

AO 91 (Rev. 11/11) Criminal Complaint Task Force Officer: Brian Martin Telephone: (248) 828-7581

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

19-6135-Hunt

United States of America
v.
D-1 DEANTHONY FERGUSON
D-2 JEROME WATSON

Case: 2:18-mj-30364
Assigned To : Unassigned
Assign. Date : 7/6/2018
Description: IN RE SEALED MATTER (BG)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2015 - Present in the county of Oakland in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1349 | Attempt and conspiracy |
| 18 U.S.C. § 1028A | Aggravated Identity Theft |

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: Deputy

This criminal complaint is based on these facts:
See Attached Affdiavit

☑ Continued on the attached sheet.

*Complainant's signature*

Brian Martin, Task Force Officer, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

ANTHONY P. PATTI
*Judge's signature*

Date: July 6, 2018

City and state: Detroit, MI

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

Case 0:19-mj-06135-PMH Document 1 Filed 03/26/19 Page 2 of 6

AFFIDAVIT

Brian Martin, being duly sworn, states as follows:

I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have investigated a variety of violations, including financial crimes, as a Task Force Officer for approximately 2 years.

1. The information contained in this affidavit is based on my personal knowledge and observations during the course of this investigation, police reports that I have reviewed, and documents and information provided to me in reference to this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included every fact known to me concerning this investigation. Rather, I have set forth only the facts that I believe are necessary to establish probable cause to believe that DEANTHONY FERGUSON, JEROME WATSON, and others, engaged in bank fraud, conspiracy to commit bank fraud and aggravated identity theft, in violation of Title 18 U.S.C. Sections 1344, 1349 and 1028A.

2. FERGUSON and WATSON are members of a multi-state organized crime group commonly referred to as the Felony Lane Gang (FLG). The FLG originated in Fort Lauderdale, Florida and its members travel across the continental United States conducting numerous thefts from vehicles, home invasions, identity thefts, and bank frauds. FLG members use the same modus operandi in the commission of these offenses. An FLG cell typically consists of several male members and at least one female recruited to impersonate victims and cash fraudulent checks. Cells typically travel from state to state to commit thefts from vehicles targeting female's unattended purses. Window punches or screwdrivers are typically used to shatter the window of the targeted vehicle. The cell will take the victim's stolen identification, personal checks, and credit/debit cards for the purpose of committing subsequent identity theft and bank fraud. Members of the FLG will often utilize money transfer services to wire proceeds from the criminal activity back to Florida to ensure that they are not found in possession of large sums of money if arrested. The

Case 0:19-mj-06135-PMH Document 1 Filed 03/26/19 Page 3 of 6

FLG utilizes rental vehicles often rented by members' girlfriends or members not traveling with that particular cell. FLG members will stay at local hotels and steal license plates to affix to their rental vehicles while that vehicle is being used to cash fraudulent checks via the drive through teller at local bank branches. The female impersonators will drive one rental vehicle, typically with an FLG member in the back seat to direct the activity at the bank. A second rental vehicle with the remaining members of the cell will conduct counter surveillance around the bank and alert the other vehicle if police respond. The FLG will not stop if police officers attempt to conduct a traffic stop after responding to a fraud alert from the banks. FLG members and impersonators are trained to take police on a high speed chases because they know most police departments will decide to terminate the chase in the interest of public safety.

3. On June 23, 2015 Victim S.M. parked her vehicle and walked into her business. S.M. observed a small white vehicle occupied by a black male pull next to an SUV occupied by several black males and conduct a hand-to-hand transaction before the smaller white vehicle pulled away. The SUV then pulled behind S.M.'s vehicle. S.M. then saw two black males exit the front and rear passenger doors of the SUV, open both S.M.'s driver side doors and enter the vehicle. S.M. ran outside and both suspects ran back to the SUV which then quickly fled the area. S.M. called 911 and reported the incident. Right after dispatch put out a description of the suspect vehicle, a roll-over accident involving a silver SUV that had struck another vehicle was reported. Three black males were observed exiting the SUV and fleeing on foot. Two of those subjects, FERGUSON and WATSON, were apprehended by police. WATSON provided two false names and was only able to be positively identified via his fingerprints.

4. Police responding to the scene of the accident observed ripped up pieces of checks and bank receipts on the ground just outside the SUV. The checks corresponded to the accounts of other victims that had their checks stolen from their vehicles. Two of the checks had payees listed who were

Case 0:19-mj-06135-PMH Document 1 Filed 03/26/19 Page 4 of 6

also the victim of thefts from their vehicles, including Victim A.W. A Michael Montgomery had rented the vehicle, a GMC Acadia. FERGUSON admitted to police that he drove with WATSON and Montgomery to the Detroit area from Baltimore, Maryland in a Jeep that Montgomery had rented. FERGUSON advised that there was a problem with the Jeep so Montgomery traded it in for the GMC Acadia at Detroit Metropolitan Airport. FERGUSON also acknowledged that there was a third person in the vehicle who he referred to as "KJ."

5. A search of the vehicle revealed several cellular telephones and a window punch. The FBI obtained a search warrant for the recovered phones. Two of those phones were locked iPhones that could not be accessed when the original search warrant was issued on July 21, 2015. The remaining three phones were analyzed and found to be utilized by Kyle Cameron and Dennis Jones. Law enforcement found pictures in these phones of driver's licenses that had been stolen during thefts from vehicles of several victims, including Victims J.A., E.M. and B.S. Cameron and Jones have already pleaded guilty for their role in this crime.

6. Due to advances in technology making it possible to conduct further examination on the two iPhones, another search warrant was issued on May 16, 2018. Examination of those iPhones revealed them to belong to FERGUSON and WATSON. Those phones also contained photographs of several driver's licenses that had been stolen from cars, including licenses of Victims J.A., E.M., A.W. and B.S. All these victims were also the victims of identity theft and bank fraud that occurred subsequent to the thefts. The location information contained on the aforementioned iPhones places the user of those phones in the direct vicinity of several bank frauds in which the above listed victims' checks, license and/or bank card was used in relation to the fraud. One example of the analysis of the location information on the seized phones is listed below.

7. On June 17, 2015 someone purporting to be Victim B.S. presented her stolen driver's license and presented checks drawn on the Comerica bank

Case 0:19-mj-00135-PMH Document 1 Filed 03/26/19 Page 5 of 6

account of Victim E.M. At 3:44PM, one check in the amount of $2350.00 was cashed. At 3:48PM, another check in the amount of $2275.00 was cashed. Both checks were cashed at the Bank of America located at 2699 West Big Beaver Road, Troy, Michigan near the intersection of Coolidge Highway and Big Beaver Road. At 3:53PM, analysis of the geolocation information of the iPhone belonging to WATSON indicated that the phone was at Big Beaver and Adams Road approximately one mile west of the bank. At 3:54PM, analysis of the geolocation of the iPhone belonging to FERGUSON indicated that the phone was at the intersection of Big Beaver and Coolidge Highway. Comerica Bank refunded Bank of America the amount of the checks and took the loss on the above listed fraudulent transactions.

8. Wendy Kroner was identified from bank surveillance photographs taken as she negotiated or attempted to negotiate several fraudulent checks at branches of the Community Financial Credit Union in Plymouth and Canton, Michigan. During these transactions, Kroner was purporting to be Victim J.A. and presented her stolen driver's license. Kroner was interviewed by the FBI and admitted to driving with FERGUSON, WATSON, and Montgomery from Baltimore, Maryland to Detroit, Michigan. Kroner was recruited by FERGUSON to cash stolen checks. FERGUSON told Kroner he would pay for her travel expenses and keep her supplied with drugs. FERGUSON paid for Kroner to fly from Hollywood, Florida to Baltimore, Maryland. FERGUSON, WATSON, Montgomery and Kroner subsequently met up with Cameron and Jones and began working in the Detroit area. Kroner advised that Jones would ride in the back seat and tell her what to do while she was cashing the checks. Cameron, FERGUSON, WATSON, and Montgomery would ride in a second vehicle and act as lookouts for law enforcement or anything suspicious while the fraudulent transactions were being conducted. Kroner has already been charged, convicted and sentenced for her role in this conspiracy.

9. Based on the foregoing, there is probable cause to believe that DEANTHONY FERGUSON and JEROME WATSON, and others,

Case 0:19-mj-06135-PMH Document 1 Filed 03/26/19 Page 6 of 6

conspired to commit, and did commit bank fraud, and during and in relation to those felonies, knowingly possessed and used, without lawful authority, a means of identification of other persons, all in violation of Title 18 U.S.C. Sections 1344, 1349 and 1028A.

Brian Martin, Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed to before
Me this day 6th of July 2018

ANTHONY P. PATTI

Anthony P. Patti
United States Magistrate Judge

Case 0:19-mj-06135-PMH Document 2 Filed 03/26/19 Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant

AUSA: Patrick Corbett — Telephone: (313) 226-9703
Task Force Officer: Brian Martin — Telephone: (248) 828-7581

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

19-6135-Hunt

United States of America
v.

D-2 JEROME WATSON

Case: 2:18-mj-30364
Assigned To : Unassigned
Assign. Date : 7/6/2018
Description: IN RE SEALED MATTER (BG)

I hereby certify that the foregoing is a true copy of the original on file in this Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
BY: ______ Deputy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jerome Watson ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1344 - Bank Fraud
18 U.S.C. § 1349 - Attmept and conspiracy
18 U.S.C. § 1028A - Aggravated Identity Theft

Date: JUL 06 2018

ANTHONY P. PATTI
*Issuing officer's signature*

City and state: Detroit, MI

ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* ______, and the person was arrested on *(date)* ______
at *(city and state)* ______.

Date: ______

*Arresting officer's signature*

*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-6135-HUNT

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jerome Watson,
Defendant
_______________________________/

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED COMPLAINT.

UPON ORAL motion of the government in open court that the complaint be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED COMPLAINT be unsealed as to all parties in this case.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of March, 2019.

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

cc: All Counsel

Case 0:19-mj-06135-PMH Document 4 Entered on FLSD Docket 03/26/19 Page 1 of 1

# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 03/26/19 Time: 11:00 a.m

Defendant: Jerome Watson (J) J#: ______ Case #: 19-6135-Hunt

AUSA: Donald Chase Duty Attorney: ______

Violation: Bank Fraud (Removal From Eastern District of Michigan)

Proceeding: Initial Appearance/Rule 5 CJA Appt: ______

Bond/PTD Held: ◯ Yes ◯ No Recommended Bond: PTD

Bond Set at: ______ Co-signed by: ______

Language: English

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: SDFL
- ☐ Other: Appear to all hearings and commit no new crimes

Disposition:

All parties present.

Deft advised of his rights and charges.

Deft sworn for counsel. FPD appointed as counsel. (Huda Macri in court)

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | 4/02/19 | 10:30 a.m. | Hunt | FTL |
| Prelim/Arraign or Removal: | 4/02/19 | 10:30 a.m. | Hunt | FTL |
| Status Conference RE: | | | | |

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 11:16:01 Time in Court: 15 MINS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6135-HUNT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEROME WATSON,

Defendant.
__________________________________/

**NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri
Assistant Federal Public Defender
Florida Bar No. 27381
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
E-Mail: Huda_Ajlani-Macri@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-6135-HUNT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEROME WATSON,

Defendant.
_________________________________/

**DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL**

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters

relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ *Huda Ajlani-Macri*

Huda Ajlani-Macri
Assistant Federal Public Defender
Florida Bar No. 27381
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301-1842
Tel: 954-356-7436
E-Mail: Huda_Ajlani-Macri@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Huda Ajlani-Macri*
Huda Ajlani-Macri

Case 0:19-mj-06135-PMH Document 8 Filed 04/02/19 Page 1 of 1

# COURT MINUTES/ORDER

## United States Magistrate Judge Patrick M. Hunt

Date: 04/02/19 Time: 10:30 a.m

Defendant: Jerome Watson (J) J#: ____ Case #: 19-6135-Hunt

AUSA: Donald Chase (Tom Lanigan Duty) Attorney: Huda Macri, FPD

Violation: Bank Fraud (Removal From Eastern District of Michigan)

Proceeding: PTD / Removal Hearing CJA Appt: ____

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: PTD

Bond Set at: ____ Co-signed by: ____

- ☑ Surrender and/or do not obtain passports/travel docs
- ☑ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☑ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☑ Maintain or seek full-time employment/education
- ☑ No contact with victims/witnesses
- ☑ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ Home Confinement/Electronic Monitoring and/or *U.PS.* Curfew *10:00* pm to *6:00* am, paid by ____
- ☑ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☑ Travel extended to: SDFL
- ☑ Other: Appear to all hearings and commit no new crimes

Language: English

Disposition:
All parties present. Govt proceed by proffer. Agent Brian Martin (FBI) sworn. Cross - no redirect.

Argument by both parties.

The Court denied the govt's motion. Bond is set at $300,000-PSB Cosigned by Father-in-Law and Mother.

Bond is hereby stayed for 24 hours.

*SC: NO PII*

**NEXT COURT APPEARANCE** Date: Time: Judge: Place:

Report RE Counsel: ____

PTD/Bond Hearing: ____

Prelim/Arraign or Removal: ____

Status Conference RE: ____

Check if Applicable: ☐ The motion to continue to permit the defendant to hire counsel is GRANTED. The time from today through the rescheduled date is excluded from the deadline for trial as computed under the Speedy Trial Act, since the ends of justice served by granting this continuance outweigh the interests of the defendant and the public in speedy trial.

D.A.R. 10:39:16 Time in Court: 1 hours

Case 0:19-mj-06135-PMH Document 9 Filed 04/02/19 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No: 19-6135-Hunt

UNITED STATES OF AMERICA
Plaintiff,

vs.

Jerome Watson,
Defendant.
_______________________________/

**WAIVER OF REMOVAL HEARING**

I, Jerome Watson, charged in a proceeding pending in the Eastern District of Michigan, with Bank Fraud, Attempt and Conspiracy and Aggravated Identity Theft was arrested in the Southern District of Florida and taken before Patrick M. Hunt, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate judge and consent to the issuance of a warrant for my removal to the Eastern District of Michigan, where the aforesaid charge is pending against me.

4/2/2019
Date

[signature]
Signature of Defendant

[signature]
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Case 0:19-mj-06135-PMH Document 10 Filed 04/10/19 Page 1 of 1

AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
V.

Jerome Watson

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Eastern District of Michigan | 2:18-MJ-30364 | SOUTHERN DISTRICT OF FLORIDA | 19-6135-Hunt |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information Complaint X ☐ Other:

**DISTRICT OF OFFENSE:**

Eastern District of Michigan

**CHARGES:**

18 U.S.C. 1344 Bank Fraud

**CURRENT BOND STATUS:**

☐ Bail fixed at $ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☒ Other (specify) Bond set at $300,000-PSB. Bond appealed in the Eastern District of Michigan

**Representation:** ☐ Retained Own Counsel ☐ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter** No ☐ Yes Language: ENGLISH

**DISTRICT OF SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

April 10, 2019
Date

PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |